THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MA CHRISTINA LOPEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>MEGAN J. BRENNAN, Postmaster General, United States Postal Service,<br><br>        Defendant. | CASE NO. C19-0287-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, ORDERS as follows:

1. The Report and Recommendation is ADOPTED;
2. Defendant's motion to dismiss (Dkt. No. 12) is DENIED as moot;
3. This matter is re-referred to Judge Tsuchida for further proceedings; and
4. The Clerk shall send a copy of this order to the parties and Judge Tsuchida.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0287-JCC
PAGE - 1