UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MA CHRISTINA LOPEZ,

               Plaintiff,

   v.

MEGAN J. BRENNAN, Postmaster
General, United States Postal Service,

             Defendant.

CASE NO. 2:19-cv-00287-JCC-BAT

**ORDER GRANTING STIPULATED
MOTION EXTENDING EXPERT
DISCLOSURES**

The Court **GRANTS** the parties' stipulated motion Dkt. 26 and **ORDERS**:

1)     Plaintiff's expert disclosures under FRCP 26(a)(2) are extended to 1/17/2020.

2)     Defendant's expert disclosures under FRCP 26(a)(2) are extended to 1/31/2020.

3)     Rebuttal expert disclosures are extended to 2/13/2020.

DATED this 25th day of November, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge