THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MA CRISTINA LOPEZ, | CASE NO. C19-0287-JCC-BAT |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a stay of proceedings (Dkt. No. 39). The parties represent that they have reached a tentative settlement and the parties' and the Court's resources would best be utilized by staying the case while the parties finalize the settlement. The Court, finding good cause, GRANTS the motion (Dkt. No. 39) and ORDERS that this case and all pending deadlines are STAYED so the parties can diligently work on reaching a final resolution. The parties must immediately notify the Court if they resolve this matter. If the parties cannot resolve this matter, they must immediately notify the Court and propose new deadlines.

//

DATED this 15th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
