THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MA CRISTINA LOPEZ,<br><br>                Plaintiff,<br><br>     v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE,<br><br>             Defendant. | CASE NO. C19-0287-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint stipulation and order of dismissal (Dkt. No. 43). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that this action shall be dismissed with prejudice and without costs to any party. (Dkt No. 43.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without an award of fees or costs to any party. The Clerk is directed to CLOSE this case.

//

DATED this 19th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk